O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RAFAEL ANGEL TORRES,

Plaintiff,

v.

SANDRA HUTCHENS,

Defendant.

Case No. SACV 12-557-JGB (PJW)

ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections to the Report. The Court accepts the findings and conclusions of the magistrate judge.

DATED: 5/22/13 .

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE