O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ANGEL TORRES,<br><br>             Plaintiff,<br><br>     v.<br><br>SANDRA HUTCHENS,<br><br>             Defendant. | Case No. SACV 12-557-JGB (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge.  Plaintiff has not filed any objections to the Report.  The Court accepts the findings and conclusions of the magistrate judge.

   DATED:     5/22/13    .

                                    _____
                                    JESUS G. BERNAL
                                    UNITED STATES DISTRICT JUDGE