JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAFAEL ANGEL TORRES, | ) | Case No. SACV 12-557-JGB (PJW) |
| Plaintiff, | ) | |
| v. | ) | J U D G M E N T |
| SANDRA HUTCHENS, | ) | |
| Defendant. | ) | |

    Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:    5/22/13   .

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE