JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAFAEL ANGEL TORRES, | ) | Case No. SACV 12-557-JGB (PJW) |
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| SANDRA HUTCHENS, | ) ) | |
| Defendant. | ) ) | |

   Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the action is dismissed without prejudice.

   DATED:    5/22/13        .

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE